**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| CONTINENTAL INDEMNITY COMPANY, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> IPFS OF NEW YORK, LLC, et al., ) <br> ) <br> Defendants. ) | Case No. 8:19-cv-00485-LSC-CRZ |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Defendants IPFS of New York, LLC, and IPFS Corporation (collectively "IPFS" and "Defendants") by and through their undersigned attorneys, pursuant to Federal Rule of Civil Procedure 56(a) and Nebraska Rule 56.1, hereby move this Court for an order granting summary judgment in favor of IPFS on the grounds that Continental Indemnity Company's ("CNI's" and "Plaintiff's") action has no merit, there is no genuine issue of material fact in dispute, and IPFS is entitled to judgment as a matter of law. In support of their motion, Defendants rely on the accompanying Memorandum in Support of their Motion for Summary Judgment.

WHEREFORE, Defendants IPFS of New York, LLC, and IPFS Corporation request this Court grant their Motion for Summary Judgment and award damages in the amount of $479,512.95 against Continental Indemnity Company, with such other and further relief as this Court deems just.

Dated: January 16, 2020

Respectfully submitted,

LATHROP GPM LLP

/s/ *Michael J. Abrams*
Mark J. Parachini Nebraska Bar No. 26455
Mark.Parachini@LathropGPM.com
Michael J. Abrams (*pro hac vice*)
Michael.Abrams@LathropGPM.com
Noah H. Nash (*pro hac vice*)
Noah.Nash@LathropGPM.com
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292.2000
Telecopier: (816) 292.2001
***Attorneys for Defendants IPFS of New York, LLC and IPFS Corporation***