# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **CONTINENTAL INDEMNITY COMPANY,** an Iowa Corporation;<br><br>**Plaintiff,**<br><br>vs.<br><br>**IPFS OF NEW YORK, LLC, a Limited Liability Company; and IPFS CORPORATION,**<br><br>**Defendants.** | **8:19CV485**<br><br>**JUDGMENT** |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. IPFS's Motion for Summary Judgment, ECF No. 23, is granted in part as follows:

    a. IPFS is entitled to judgment as a matter of law on Count II of its counterclaims;

    b. IPFS is entitled to judgment as a matter of law on Count III of its counterclaims;

2. IPFS's Motion for Summary Judgment is otherwise denied; and

3. CNI shall remit $479,512.92 to IPFS.

Dated this 16th day of March 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge