IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONTINENTAL INDEMNITY COMPANY, ) | |
| ) | |
| Plaintiff, ) | Case No. 8:19-cv-00485-LSC-CRZ |
| ) | |
| vs. ) | |
| ) | |
| IPFS OF NEW YORK, LLC, et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION TO ALTER OR AMEND JUDGMENT TO INCLUDE PREJUDGMENT INTEREST

Defendants IPFS of New York, LLC, and IPFS Corporation (collectively "IPFS" and "Defendants"), file this Motion to Alter or Amend Judgment pursuant to Federal Rules of Civil Procedure Rule 59(e) and Nebraska local rule 7.1. IPFS hereby moves this Court to alter or amend the order issued on March 16, 2020, which granted IPFS' Motion for Summary Judgment to include an award of prejudgment interest. In support of their motion, Defendants rely on the accompanying Memorandum in Support of their Motion to Alter or Amend Judgment to Include Prejudgment Interest.

WHEREFORE, Defendants IPFS of New York, LLC, and IPFS Corporation request this Court grant their Motion to Alter or Amend Judgement to Include Prejudgment Interest and award prejudgment interest in the amount of $43,038.45, with such other and further relief as this Court deems just.

Dated: April 10, 2020                                    Respectfully submitted,

                                                                                      LATHROP GPM LLP

                                                                                      */s/ Michael J. Abrams*
                                                                                      Anthony Todero Nebraska Bar No. 24624
                                                                                      Anthony.Todero@LathropGPM.com
                                                                                      500 IDS Center
                                                                                      80 South 8th Street
                                                                                      Minneapolis, MN 55402
                                                                                      Telephone: (612) 632.3074
                                                                                       Telecopier: (612) 632.4000

                                                                                       Michael J. Abrams (*pro hac vice*)
                                                                                      Michael.Abrams@LathropGPM.com
                                                                                      Noah H. Nash (*pro hac vice*)
                                                                                      Noah.Nash@LathropGPM.com
                                                                                      2345 Grand Boulevard, Suite 2200
                                                                                      Kansas City, MO 64108
                                                                                      Telephone: (816) 292-2000
                                                                                      Telecopier: (816) 292-2001

                                                                                       ***Attorneys for Defendants IPFS of New York, LLC and IPFS Corporation***

2