# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONTINENTAL INDEMNITY COMPANY, an Iowa Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>IPFS OF NEW YORK, LLC, a Limited Liability Company; and IPFS CORPORATION,<br><br>Defendants. | 8:19CV485<br><br>AMENDED JUDGMENT |

In accordance with the accompanying Memorandum and Order,

IT IS ORDERED:

1. IPFS's Motion for Summary Judgment, ECF No. 23, is granted in part as follows:

    a. IPFS is entitled to judgment as a matter of law on Count II of its counterclaims;

    b. IPFS is entitled to judgment as a matter of law on Count III of its counterclaims;

    c. IPFS is entitled to prejudgment interest in the amount of $42,880.80;

2. IPFS's Motion for Summary Judgment is otherwise denied; and

3. CNI shall remit $522,393.72 to IPFS.

Dated this 3rd day of June, 2020.

BY THE COURT:

s/Laurie Smith Camp
Senior United States District Judge