IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CONTINENTAL INDEMNITY COMPANY, | ) ) ) | CASE NO. 8:19-cv-00485 |
| Plaintiff, | ) ) | |
| | ) | **NOTICE OF APPEAL** |
| vs. | ) ) | |
| IPFS OF NEW YORK, LLC, and IPFS CORPORATION, | ) ) ) | |
| Defendants. | ) ) | |

Notice is hereby given that Continental Indemnity Company appeals to the United States Court of Appeals for the Eighth Circuit from the Order entered in this action on June 3, 2020.

Continental Indemnity Company intends to file a Supersedeas Bond in connection with this appeal.

                                      CONTINENTAL INDEMNITY COMPANY, Plaintiff

                                      BY   /s/Jeffrey A. Silver
                                        JEFFREY A. SILVER   #13839
                                        10805 Old Mill Road
                                        Omaha, Nebraska  68154
                                        (402) 393-1984
                                        ATTORNEY FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies on the 24th day of June, 2020, a copy of the above and foregoing was electronically filed with the Clerk of the Court using the CM/ECF system.

                                          /s/Jeffrey A. Silver