# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  20-2282

_____

Continental Indemnity Company, an Iowa Corporation

Plaintiff - Appellant

v.

IPFS of New York, LLC, a Limited Liability Company; IPFS Corporation

Defendants - Appellees

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:19-cv-00485-LSC)

_____

## JUDGMENT

Before SMITH, Chief Judge, COLLOTON, and ERICKSON, Circuit Judges.


This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.


August 03, 2021


Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans