IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CONTINENTAL INDEMNITY COMPANY, an Iowa Corporation; <br><br> Plaintiff, <br><br> vs. <br><br> IPFS OF NEW YORK, LLC, a Limited Liability Company; and IPFS CORPORATION, <br><br> Defendants. | 8:19-CV-485 <br><br> ORDER |

This matter is before the Court on Pennsylvania Insurance Company's Request for Release and Discharging Supersedeas Bond, Filing 58. Plaintiff, Continental Indemnity Company, sought and obtained the Court's approval for a bond of $550,000 in order to stay judgment in this matter pending its appeal. Filing 48 at 1; Filing 49. Pennsylvania Insurance Company, acting as surety for Plaintiff, filed the bond with the Court. Filing 48 at 2-6.

The Eighth Circuit Court of Appeals entered its Judgment resolving the appeal in this matter on August 3, 2021. Filing 51. On September 30, 2021, Defendants notified the Court that Plaintiff had "fully satisfied the Court's Amended Judgment." Filing 56 at 1. Pennsylvania Insurance Company now seeks an order "releasing and discharging [its] Supersedeas Bond of $550,000.00." Filing 58. The Court finds there is no longer any need for the bond as Plaintiff has fully satisfied its obligations. Accordingly,

IT IS ORDERED:

1. Pennsylvania Insurance Company's request, Filing 58, is granted; and

2. Pennsylvania Insurance Company's supersedeas bond of $550,000.00, filed with the Court on August 19, 2020 and approved by the Court on September 11, 2020, is released and discharged.

Dated this 22nd day of November, 2021.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge